IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action: 7:17-cr-0079 |
| | ) | |
| FRANK CRAIG PURPERA, JR. | ) | |

**SENTENCING HEARING ORDER**

A jury trial was held on January 29, 2018 through February 1, 2018, in which the defendant was found guilty to Counts 1-26 and 28-70 of the indictment. A presentence report has been ordered by the Court, and the case is set for sentencing on April 26, 2018, at 11:30 a.m.

In connection with the sentencing hearing, it is ORDERED as follows:

1. No later than seven (7) days before sentencing, the prosecution and defense shall prepare and file a sentencing memorandum addressing sentencing considerations appropriate to the case. Such a memorandum shall specifically address the factors to be considered in imposing a sentence under 18 U.S.C. 3553(a). No response memoranda are required, but any party wanting to file a response must do so within seven (7) days of service or not less than two (2) days before sentencing, whichever is sooner.

2. Any exhibits to be introduced at sentencing shall be filed with the sentencing memorandum no later than seven (7) days prior to sentencing.

3. The sentencing memorandum shall identify all witnesses who are expected to testify at sentencing.

Entered: February 6, 2018

*/s/ Elizabeth K. Dillon*
United States District Judge