UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 7:17-cr-79-EKD-1 |
| | ) |
| FRANK C. PURPERA, M.D., | ) |
| | ) |
| Defendant. | ) |

**Dr. Frank Purpera's Motion for Extension of Time**

Dr. Frank Purpera, through his counsel, respectfully moves the Court for an extension of time in which to file any motion for a new trial or for a judgment of acquittal. The jury returned its verdict on February 1, 2018, so such motions are currently due February 15, 2018. *See* Fed. R. Crim. P. 29(c)(1), 33(b)(2). Dr. Purpera requests that the deadline be extended by 28 days, to March 15, 2018. If the usual schedule is followed, *see* W.D. Va. Local R. 11(c)(1), briefing on the motions would be completed by April 5, 2018, which is still two weeks before sentencing briefing begins.

Date: February 13, 2018        Respectfully submitted,

<u>s/ John L. Brownlee</u>
John L. Brownlee (VSB #37358)
William F. Gould (VSB #67002)
Megan M. Jeschke (VSB #76063)
Timothy J. Taylor (VSB #84529)
Georgina C. Shepard (VSB #88654)
HOLLAND & KNIGHT LLP
800 17th Street, NW, Suite 1100
Washington, DC 20006
t. 703-720-8600
f. 703-720-8610
e. john.brownlee@hklaw.com
   william.gould@hklaw.com
   megan.jeschke@hklaw.com
   timothy.taylor@hklaw.com
   georgina.shepard@hklaw.com

*Counsel for Defendant Frank C. Purpera, M.D.*

## Certificate of Service

I hereby certify that on February 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennie L. M. Waering
Steven Randall Ramseyer
Nicole Sims Terry
U.S. Attorney's Office
310 First Street, S.W. Room 906
Roanoke, VA 24008
t. 540.857.2905
f. 540.857.2179
e. jennie.waering@usdoj.gov
e. USAVAW.ECFAbingdon@usdoj.gov
e. nicole.terry@usdoj.gov

*Counsel for the United States*

s/ John L. Brownlee
John L. Brownlee (VSB #37358)
HOLLAND & KNIGHT LLP
800 17th Street, NW, Suite 1100
Washington, DC 20006
t. 703-720-8600
f. 703-720-8610
e. john.brownlee@hklaw.com

*Counsel for Defendant Frank C. Purpera, M.D.*
